# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER ANDERSEN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ROB
BARE, DISTRICT JUDGE,
Respondents,
and
CITY OF LAS VEGAS,
Real Party in Interest.

No. 73656

**FILED**

OCT 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

In this original petition for a writ of habeas corpus or mandamus, petitioner Christopher Andersen challenges an order of the district court affirming the municipal court's denial of his request for a jury trial. *See* NRS 34.160; NRS 34.360; *Round Hill Gen. Imp. Dist. v. Newman*, 97 Nev. 601, 603-04, 637 P.2d 534, 536 (1981). We conclude that Andersen has not met his burden of demonstrating that extraordinary relief is appropriate. *See Pan v. Eighth Judicial Dist. Court*, 122 Nev. 222, 228-29, 88 P.3d 840, 844 (2004). Because Andersen did not provide a copy of any written order, parts of the record, or other documents (such as relevant pleadings) necessary for this court's review of the petition, *see* NRAP 21(a)(3), (4), we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

17-34976

cc: Hon. Rob Bare, District Judge
The Pariente Law Firm, P.C.
Attorney General/Carson City
Las Vegas City Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A